# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM WARE and CAROL CAUL, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-04-2295 |
| | § | |
| | § | |
| UNITED STATES FEDERAL | § | |
| HIGHWAY ADMINISTRATION, | § | |
| *et al.*, | § | |
| Defendants. | § | |

## ORDER

Plaintiffs William Allan Ware and Carol Caul, proceeding *pro se*, have filed a "Motion to Clarify Or Amend Final Judgment To Dismiss State Defendants Without Prejudice" and a "Motion for Extension of Time To File A Notice Of Appeal Against State Defendants." (Docket Entry Nos. 84, 85). The federal defendants have responded. (Docket Entry No. 86).

This court's September 30, 2005 Memorandum and Order dismissed the state defendants from this case. (Docket Entry No. 64). That detailed Memorandum and Order provides which claims were dismissed with prejudice and which claims were dismissed without prejudice. The Final Judgment, which dismissed this case with prejudice, (Docket Entry No. 83), addressed the merits of the plaintiffs' legal arguments to the extent those claims were not dismissed on the pleadings or because of jurisdictional defect. Further

clarification and amendment is not helpful or necessary at this stage. Plaintiffs' motion to clarify or amend the judgment is denied.

To the extent an extension of the time for filing an appeal is necessary, plaintiffs' motion to extend the time for appeal is granted. Plaintiffs must file a notice of appeal by **July 14, 2006.** No further extensions will be granted.

SIGNED on July 6, 2006, at Houston, Texas.

                                             _____
                                             Lee H. Rosenthal
                                             United States District Judge